COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION TO SUPPLEMENT THE MOTION FOR REHEARING

Appellate case name:       Antonio Anguiano v. The State of Texas

Appellate case number:    01-16-00592-CR

Trial court case number:  1402374

Trial court:                      185th District Court of Harris County

Date motion filed:           September 5, 2017

Party filing motion:         Appellant

It is ordered that the motion to supplement the motion for rehearing is **dismissed as moot**.

Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Lloyd.

Date:  September 26, 2017